```
                            FILED
                        U.S. DISTRICT COURT
                      EASTERN DISTRICT OF LA

                        2000 MAR -9  P 3: 44

                        LORETTA G. WHYTE
                              CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEAN BRUMFIELD #153435** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0295** |
| **BURL CAIN, WARDEN, ET AL.** | **SECTION "B"(2)** |

\* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT,** comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a brief for the following reasons:

1. Respondent's brief is due March 9, 2000.

2. Undersigned counsel requested the record relevant to the above captioned matter on February 11, 2000 and has not yet received the record. Undersigned counsel has spoken with Sandra Pena of the Orleans Parish Criminal District Court Clerk's office who is working on obtaining the file.

3. The State is not aware of any opposition to this motion.

DATE OF ENTRY MAR 10 2000



1

WHEREFORE, respondent respectfully requests an additional twenty days from the original return date to this Court, or, until the 29th day of March, 2000, in which to file a response in this matter.

Respectfully submitted,

*N. Barron*
NICOLE BARRON, BAR NO. 24759
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

## ORDER

IT IS ORDERED that respondent herein be granted an extension ~~of~~ until the **29** day of **March**, 2000 in which to file a response in the captioned matter.

U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This **10th** day of **March**, 2000,

New Orleans, Louisiana.

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of this Motion for Extension of Time has been served upon petitioner by placing a copy of same in the United States mail, postage prepaid, addressed to:

Glen Garner, DOC #153435
Louisiana State Penitentiary
Cyp-3 Unit
Angola, La. 70712

This 9th day of March, 2000,

New Orleans, Louisiana.

NICOLE BARRON
ASSISTANT DISTRICT ATTORNEY