```
                                                    FILED
                                               U.S. DISTRICT COURT
                                               EASTERN DISTRICT OF LA

                                               2000 APR 24  P 1:02

                                               LORETTA G. WHYTE
                                                    CLERK
```

MINUTE ENTRY
WILKINSON, M. J.
APRIL 24, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEAN BRUMFIELD | CIVIL ACTION |
| VERSUS | NO. 00-295 |
| WARDEN BURL CAIN | SECTION "B" (2) |

### HEARING ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Petitioner's Motion for Enlargement of Time

O R D E R E D:

__XXX__:   DENIED AS UNNECESSARY. No opposition to the State's response to the petition for writ of habeas corpus is required.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
APR 2 4 2000

```
___Fee_____
___Process___
_X_ Dktd____
___CtRmDep__
___Doc. No._7_
```