

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 26 PM 2:19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JEAN BRUMFIELD                                CIVIL ACTION

VERSUS                                        NO. 00-0295

BURL CAIN, WARDEN                             SEC. "B"(2)

## ORDER, REASONS, AND JUDGMENT

Based upon our reviews of the state court proceedings, petitioner's claims, the Magistrate Judge's Report and Recommendation, petitioner's objections to same, and applicable law, **IT IS ORDERED** that petitioner's objections are **OVERRULED** and we hereby **ADOPT** the Magistrate Judge's Report & Recommendation as our opinion and reasons in this case.

DATE OF ENTRY
MAR 2 6 2001

Fee_____
Process____
X Dktd_____
__CtRmDep__
Doc.No. 10

Accordingly, **IT IS FURTHER ORDERED AND ADJUDGED** that the petition of Jean Brumfield for writ of *habeas corpus* relief is hereby **DENIED** and **DISMISSED** as time-barred.

New Orleans, Louisiana, this 26th day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE